UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATLYN COLOSIMO,<br><br>Plaintiff,<br><br>v.<br><br>ALERE SAN DIEGO, INC., et al.,<br><br>Defendants. | Case No.:  26-cv-809-LL (JAC)<br><br>**ORDER SETTING MANDATORY SETTLEMENT CONFERENCE AND REGULATING DISCOVERY** |

A Mandatory Settlement Conference was held on **June 25, 2026**. After consulting with the attorneys of record for the Parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

1.     On or before **July 15, 2026**, defense counsel must provide Plaintiff's counsel with three dates on which the Rule 30(b)(6) witness or witnesses are available to be deposed.

2.     On or before **July 24, 2026**, counsel for both parties must finalize the dates on which the depositions of Plaintiff and the Rule 30(b)(6) witnesses will occur.

3.     On or before **August 14, 2026**, the parties must complete the depositions of Plaintiff and the Rule 30(b)(6) witnesses.

4.     A further Mandatory Settlement Conference shall be conducted on **April 14, 2027** at **9:30 AM** by **Magistrate Judge Janet A. Cabral**. Plaintiff must make a written

26-cv-809-LL (JAC)

settlement demand to Defendants on or before **March 22, 2027**. Defendants must make a written responsive offer on or before **March 29, 2027**. Counsel or any party representing himself or herself shall submit confidential settlement briefs directly to the magistrate judge's chambers on or before **April 5, 2027**. All discussions at the MSC will be informal, off the record, privileged, and confidential. The MSC will take place at the Edward J. Schwartz Federal Courthouse located at 221 West Broadway, San Diego, California, 92101. Upon arrival to the 5th floor, parties should contact Judge Cabral's chambers at 619-557-5874 to obtain check-in instructions. All parties, adjusters for insured defendants, and other representatives of a party having full and complete authority to enter into a binding settlement, as well as the principal attorneys responsible for the litigation, must be present in person at the MSC, prepared to discuss and resolve the case. Unless there is good cause, persons required to attend the conference pursuant to this Order shall not be excused from personal attendance. Requests for excuse from attendance for good cause shall be made in writing at least five days prior to the conference. Failure to appear in person at the Mandatory Settlement Conference will be grounds for sanctions.

5.    All other dates and requirements set by the Court's March 19, 2026, Scheduling Order (ECF No. 16) remain in effect.

**IT IS SO ORDERED**.

Dated:  July 1, 2026

_____
Hon. Janet A. Cabral
United States Magistrate Judge

26-cv-809-LL (JAC)